In the Matter of LEON ROSENBLUTH, Respondent, against MAURICE FINKELSTEIN et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Appellants.

Submitted February 27, 1950; decided March 3, 1950.

*Tobias Weiss, Nathan W. Math, Joseph Jay* and *Alfred Weinstein* for appellants.

*Victor Whitehorn* and *Jules Whitehorn* for respondent.

Motion to dismiss appeal denied.  [See 300 N. Y. 402.]